**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Regional Ambulance Service, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-0004015** |
| **4.** | **Debtor's address** | **Principal place of business** **1089 Augusta Road, Suite 300** **Warrenville, SC 29851** Number, Street, City, State & ZIP Code **Aiken** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **RegionalAmbulanceService.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Regional Ambulance Service, Inc.**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **6219**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Regional Ambulance Service, Inc.**                                            Case number (*if known*)
         Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
         Contact name        _____
         Phone               _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Regional Ambulance Service, Inc.**                                Case number (*if known*)
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 16, 2019**
              MM / DD / YYYY

X **/s/ Darrin Moyer**                                      **Darrin Moyer**
Signature of authorized representative of debtor            Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ W. Harrison Penn**                                  Date **December 16, 2019**
Signature of attorney for debtor                                  MM / DD / YYYY

**W. Harrison Penn 11164**
Printed name

**McCarthy, Reynolds, & Penn, LLC**
Firm name

**P. O. Box 11332**
**Columbia, SC 29211-1332**
Number, Street, City, State & ZIP Code

Contact phone  **803-771-8836**        Email address

**11164 SC**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Regional Ambulance Service, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Zurich North America<br>PO Box 4664<br>Carol Stream, IL 60197-4664 | | | | | | $81,797.17 |
| Uppro<br>Attn:  Dan Choi 25 Broadway, 9th Floor<br>New York, NY 10004 | | | | | | $10,390.85 |
| EDTS<br>1721 Goodrich Street<br>Augusta, GA 30904 | | | | | | $7,108.65 |
| Schroeder's Towing<br>3512 Bush River Road<br>Columbia, SC 29210 | | | | | | $6,521.25 |
| Aiken Regional Medical Centers<br>Attn:  Darren Waters FBO<br>Business & Industry Development<br>440 Society Hill Drive, Ste. 204<br>Aiken, SC 29803 | | | | | | $5,714.00 |
| Allied Health Resources<br>PO Box 17768<br>Greenville, SC 29606 | | | | | | $5,497.76 |
| Ace American Ins. Co.<br>Lockbox #6907<br>PO Box 8500<br>Philadelphia, PA 19178 | | | | | | $5,000.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor **Regional Ambulance Service, Inc.**　　Case number *(if known)*
　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Verizon**<br>PO Box 660108<br>Dallas, TX 75266-0108 | | | | | | $4,656.92 |
| **Employee 1** | | | | | | $4,615.38 |
| **keyRisk**<br>PO Box 18746<br>Greensboro, NC 27419 | | | | | | $4,277.95 |
| **AFC Greer**<br>Attn: Anna Cardona<br>1467 Woodruff Rd., Ste. C<br>Greenville, SC 29607 | | | | | | $3,932.50 |
| **Pollock**<br>1711 Central Avenue<br>Augusta, GA 30904 | | | | | | $3,858.16 |
| **Fisher & Phillips, LLP**<br>1320 Main Street, Suite 750<br>Columbia, SC 29201 | | | | | | $3,710.47 |
| **Midlands Exams and Drug Screening, Inc.**<br>3020 Sunset Boulevard, Ste. 102<br>West Columbia, SC 29169 | | | | | | $3,223.00 |
| **Employee 6** | | | | | | $3,076.92 |
| **Angelica**<br>PO Box 532268<br>Atlanta, GA 30353-2268 | | | | | | $2,948.93 |
| **Employee 62** | | | | | | $2,527.66 |
| **Employee 27** | | | | | | $2,500.00 |
| **Employee 2** | | | | | | $2,307.69 |
| **Employee 57** | | | | | | $2,263.90 |

**United States Bankruptcy Court**
**District of South Carolina**

In re **Regional Ambulance Service, Inc.**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Darrin Moyer**, declare under penalty of perjury that I am the **President** of **Regional Ambulance Service, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 12th day of December, 2019.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Darrin Moyer**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Darrin Moyer**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Darrin Moyer**, **President** of this Corporation is authorized and directed to employ **W. Harrison Penn 11164**, attorney and the law firm of **McCarthy, Reynolds, & Penn, LLC** to represent the corporation in such bankruptcy case."

Date _____

Signed **/s/ Darrin Moyer**
**Darrin Moyer**

Resolution of Board of Directors
of
**Regional Ambulance Service, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Darrin Moyer**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Darrin Moyer**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Darrin Moyer**, **President** of this Corporation is authorized and directed to employ **W. Harrison Penn 11164**, attorney and the law firm of **McCarthy, Reynolds, & Penn, LLC** to represent the corporation in such bankruptcy case.

Date _____     Signed _____

Date _____     Signed _____

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re **Regional Ambulance Service, Inc.**     Case No. _____
                              Debtor(s)     Chapter **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

    The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

    Master mailing list of creditors submitted via:

        (a)    _____ computer diskette

        (b)    _____ scannable hard copy
(number of sheets submitted _____)

        (c)    __**X**__ electronic version filed via CM/ECF

Date: **December 16, 2019**        **/s/ Darrin Moyer**
                                          **Darrin Moyer**/**President**
                                          Signer/Title

Date: **December 16, 2019**        **/s/ W. Harrison Penn**
                                            Signature of Attorney
                                            **W. Harrison Penn 11164**
                                            **McCarthy, Reynolds, & Penn, LLC**
                                            **P. O. Box 11332**
                                            **Columbia, SC 29211-1332**
                                            **803-771-8836   Fax: 803-753-6960**
                                            Typed/Printed Name/Address/Telephone

                                            **11164 SC**
                                            District Court I.D. Number

# United States Bankruptcy Court
## District of South Carolina

In re  **Regional Ambulance Service, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Regional Ambulance Service, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 16, 2019**  
Date

/s/ W. Harrison Penn  
**W. Harrison Penn 11164**  
Signature of Attorney or Litigant  
Counsel for **Regional Ambulance Service, Inc.**  
**McCarthy, Reynolds, & Penn, LLC**  
**P. O. Box 11332**  
**Columbia, SC 29211-1332**  
**803-771-8836 Fax:803-753-6960**