# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Regional Ambulance Service, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-06574-HB |

## CERTIFICATE OF SERVICE

I, the undersigned Sally Ann Beall, an employee with McCarthy, Reynolds, & Penn, LLC, Attorneys for the Debtor, do hereby certify, under penalty of perjury, that I served the **ORDER AND NOTICE OF EMERGENCY HEARINGS [DOC. 6]; NOTICE OF CHAPTER 11 BANKRUPCY FILING [DOC. 2]; MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL, AND (B) GRANTING REPLACEMENT AND MEMORANDUM IN SUPPORT [DOC. 3]; AND DEBTOR'S MOTION FOR INTERIM ORDER UNDER BANKRUPTCY CODE SEC. 105(a), 363(c), 507(a) AND 541(A) AUTHORIZING PAYMENT OF CERTAIN PRE-PETITION WAGES, SALARIES, EMPLOYEE EXPENSES, AND OTHER EMPLOYEE BENEFITS AND PAYMENTS OF RELATED TAXES AND WITHHOLDINGS, (B) AUTHORIZING CONTINUATION OF EMPLOYEE BENEFIT PROGRAMS, AND (C) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR ALL CHECKS PRESENTED FOR PAYMENT RELATED TO THE FOREGOING [Doc. 4],** and that same was served on the parties in interest, as indicated on the attached list, via Federal Express, Overnight Delivery, on this the 17th day of December, 2019, in Columbia, SC.

Further, the same pleadings listed above were also served on Darrin Moyer, via electronic mail, receipt confirmed, on this the 17th day of December, 2019.

McCARTHY, REYNOLDS, & PENN, LLC

/s/ Sally Ann Beall
Sally Ann Beall

December 17, 2019
Columbia, South Carolina

1517 Laurel Street (29201)
Post Office Box 11332
Columbia, South Carolina   29211-1332
(803) 771-8836

| | | |
|---|---|---|
| ZURICH NORTH AMERICA<br>1299 ZURICH WAY<br>SCHAUMBURG IL  60196-1056 | UPPRO<br>ATTN:  DAN CHOI<br>25 BROADWAY, 9TH FLOOR<br>NEW YORK NY  10004 | EDTS<br>1721 GOODRICH STREET<br>AUGUSTA GA  30904 |
| SCHROEDER'S TOWING<br>3512 BUSH RIVER ROAD<br>COLUMBIA SC  29210 | AIKEN REGIONAL MEDICAL CTRS<br>ATTN:  DARREN WATERS FBO<br>BUSINESS & INDUSTRY DEV<br>440 SOCIETY HILL DR., STE 204<br>AIKEN SC  29803 | ALLIED HEALTH RESOURCES<br>6350 REGENCY PARKWAY<br>SUITE 500<br>NORCROSS GA  30071-2338 |
| ACE AMERICAN INS COMPANY<br>436 WALNUT STREET<br>PHILADELPHIA PA  19106 | VERIZON<br>1 VERIZON WAY<br>BASKING RIDGE NJ  07920 | KEYRISK<br>7823 NATIONAL SERVICE ROAD<br>GREENSBORO NC  27409 |
| AFC GREER<br>ATTN:  ANNA CORDONA<br>1467 WOODRUFF RD., SUITE C<br>GREENVILLE SC  29607 | POLLOCK<br>1711 CENTRAL AVENUE<br>AUGUSTA GA  30904 | FISHER & PHILLIPS LLP<br>1320 MAIN ST., SUITE 750<br>COLUMBIA SC  29201 |
| MIDLANDS EXAMS & DRUG<br>SCREENING INC<br>3020 SUNSET BLVD., STE 102<br>WEST COLUMBIA SC  29169 | BRAD M. COOPER<br>304 NICHOLS BRANCH LANE<br>IRMO SC  29063-8671 | ANGELICA CORP<br>140 CORT ROAD<br>COLUMBIA SC  29203 |
| BRAD HOWARD<br>500 CARLEN AVENUE, APT 7223<br>LEXINGTON SC  29072-4292 | JAMES M. KELLEY<br>507 FIR STREET<br>NORTH AUGUSTA SC 29841-4856 | AMANDA G. JOHNSON<br>1028 HOLLY LANE SW<br>WARRENVILLE SC  29851 |
| THOMAS S. MCGUIRE., JR<br>7031 AMARILLO CIRLCE APT A<br>AUGUSTA GA  30906-8726 | FULLER FROST & ASSOCIATES<br>3638 WALTON WAY EXTENSION<br>SUITE 300<br>AUGUSTA GA  30909-2359 | WELLS FARGO<br>ATTN JENNIFER DOGGETTE<br>3645 WHEELER ROAD 2ND FL<br>AUGUSTA A  30909 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OP<br>600 ARCH STREET<br>PHILADELPHIA PA  19106 | SC DEPARTMENT OF REVENUE<br>300 A OUTLET POINT BLVD<br>COLUMBIA SC  29210 | U.S. TRUSTEE<br>STROM THURMOND FEDERAL BLDG<br>1835 ASSEMBLY STREET ROOM 953<br>COLUMBIA SC  29201 |

Brittanee Roach
301 Joshua Tree Court
Blythewood SC 29016-7204

Brittany Kruah
133 Bradleyville Road
North Augusta SC 29841-3972

A'Laya Nobles
483 Outing Club Road
Aiken SC 29801-8860

Afrika McCord
626 Old Edgefield Road
North Augusta SC 29841-4246

Cassandra R. Dunbar
4803 Augusta Road
Beech Island SC 29842-7208

Charles B. McDaniel
317 Waterspring Road
Orangeburg SC 29118-9409

Christopher Burgess
2353 Camelia Street
Cayce SC 29033-2509

Andrew N. Smith
1520 Pelion Road
Cola EMS
Pelion SC 29123-9500

April R. Taylor
483 Outing Club Road
Aiken SC 29801-8860

Brian C. Williams
2184 Winding Trial Road
Graniteville SC 29829-6036

Amy B. Moyer
919 Riverbound Court
Evans GA 30809-4902

Crystal L. Mayes
1008 Benton Street
Columbia SC 29201-1814

Dalavontay Hampton
993 Kearse Drive
Orangeburg SC 29115-6299

Dallas J. Brown
83 Boyd Drive
Graniteville SC 29829-3522

Anthony Bristow
555 Brookshire Drive
Columbia SC 29210-4207

Daryl Leto
379 Redds Branch Road
Aiken SC 29801-9120

Deborah L. Miller
508 Laverne Avenue
North Augusta SC 29841-2345

Deborah Williams
204 Sharon Church Road
Gaston SC 29053

Breilian Simmons
159 Coatbridge Drive
Blythewood SC 29016-9168

Denekica Callaway
349 Duncan Road
Graniteville SC 29829-3803

Briana E. Fallon
811 Mallet Hill Road
Apt 1202
Columbia SC 29223-4410

Briana Hamilton
135 Genesis Circle
West Columbia SC 29172-2138

Dwight B. Pixley
144 Denise Court
Aiken SC 29801-8522

Barbara Smith
441 Ellis Avenue
Orangeburg SC 29115-5440

Eddie E. White
332 Southbrook Drive
Lexington SC 29073-9747

Elizabeth Klein
601 Greenwich Drive
Aiken SC 29803-7816

Emanuel Mixon
3421 Winesap Way
Augusta GA 30906-3847

Erica R. Zamora
332 Southbrook Drive
Lexington SC 29073-9747

Fedirra R. Bryan
1914 Alan Avenue
Aiken SC 29801-9474

Bonnie E. Bailey
627 Rennie Street
Graniteville SC 29829-2877



AVERY 5160 — Easy Peel Address Labels — Go to avery.com/templates — Use Avery Template 5160

Michael Close
776 W. Martintown Road
North Augusta SC 29841-6033

Kordisha Mayers
4932 Barrington Drive
Columbia SC 29203-3416

Nakima Picart
202 T.S. Martin Drive
Columbia SC 29204-1274

Nariyanna Bookert
11 Rose Haven Court
Blythewood SC 29016-8233

Odel D. Pearson
401 Wanna Maker Street
Orangeburg SC 29115-5035

Oscar R. Valdes
523 Boulder Court
Graniteville SC 29829-6018

Paul Bynum
2320 Cumming Road
Augusta GA 30904-6108

Jashena Mitchell
1615 Long Shadow Lane
Columbia SC 29223-3653

Heather M. Durham
420 E. Wise Street
Trenton SC 29847-2022

James L. Kinsey
177 Riglaw Circle
Lexington SC 29073-7001

George Rivers
110 Joe Paul Drive
Cordova SC 29039-9644

Holland E. Hicks
102 Glencarin Drive
Aiken SC 29803-6551

Lindsay Baker
768 State Park Road
Ehrhardt SC 29081-9154

Robert Metz
309 Gemstone Court
Lexington SC 29072-7693

Roger Lewis
345 Line Street
Batesburg SC 29006-1200

Rony Tiner
223 West Vineland Road
Augusta GA 30904-3418

Joanna Ingram
489 Cadie Crossing Road
Windsor SC 29856-2314

Jacqueline Brenes
214 Oakwood Drive
Aiken SC 29801-9452

Jarred T. Willis
2700 Newberry Hwy
Saluda SC 29138-7395

Sarah A. Harding
32 Hampton Drive
Warrenville SC 29851-2312

Isaiah Gilchrist
166 Courtney Road
Trenton SC 29847-3102

Kennedy Rewis
881 Ridgehill Drive
Sumter SC 29154-7046

Joshua Hinton
219 Ault Road
Hopkins SC 29061-8823

Steve W. Shillinglaw
1998 Windrose Way
Myrtle Beach SC 29577-1956

Jeffrey Kyle Foster
174 Spring Oak Lane
North Augusta SC 29841-3899

Tracy L. Winters
509 Polo Drive
Aiken SC 29801-5070

Tabatha S. Hogan
467 Pine Acres Road
Windsor SC 29856-2116

Tammy L. Merrihew
102 Yellowback Drive
Lexington SC 29072-6504

Veronica D. Weston
305 Holt Street
Eastover SC 29044-8755

Zenobia T. Darby
50 Dallas Circle
Aiken SC 29801-8833



Lisa S. Barnes
1445 Lyon Drive
Apt 3
Aiken SC 29801-7266


Makayla Goode
378 Talatha Church Road
Aiken SC 29803-9650


Melody C. Brown
18 Beth Lane
Lexington SC 29073-9025