**Fill in this information to identify the case:**

Debtor name **Regional Ambulance Service, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**

Case number (if known) **19-06574-hb**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 30, 2019**         X */s/ Darrin Moyer*
                                           Signature of individual signing on behalf of debtor

                                           **Darrin Moyer**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Regional Ambulance Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   **19-06574-hb**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................... $      **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $    **772,425.17**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $    **772,425.17**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **1,349,154.39**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **198,805.60**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **190,154.71**

4.  Total liabilities .........................................................................................
   Lines 2 + 3a + 3b             $    **1,738,114.70**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Regional Ambulance Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)    **19-06574-hb**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **6775** | **$56,554.00** |
| 3.2. | **Wells Fargo** | **Savings** | **4530** | **$6,552.99** |
| 3.3. | **Wells Fargo** | **Checking** | **8943** | **$136.54** |
| 3.4. | **Wells Fargo** | **Checking** | **5260** | **$224.67** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $63,468.20 |
|---|

**Part 2:**        **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Regional Ambulance Service, Inc.**                              Case number *(If known)*  **19-06574-hb**
Name

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

11a. 90 days old or less:    **546,737.60**  -    **45,062.66**  = ....    **$501,674.94**

   face amount                    doubtful or uncollectible accounts

11b. Over 90 days old:    **343,195.04**  -    **142,813.01**  =....    **$200,382.03**

   face amount                    doubtful or uncollectible accounts

**12.**    **Total of Part 3.**                                                    **$702,056.97**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale** | | | | |
| **22.    Other inventory or supplies** <br> **Medical Supplies** | | **$0.00** | | **$2,500.00** |

**23.**    **Total of Part 5.**                                                    **$2,500.00**

   Add lines 19 through 22.  Copy the total to line 84.

**24.**    **Is any of the property listed in Part 5 perishable?**

   ■ No
   ☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No
   ■ Yes. Book value    **0.00**  Valuation method    **Purchase Price**  Current Value    **245.00**

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ■ No

| Debtor | **Regional Ambulance Service, Inc.** | Case number *(if known)* **19-06574-hb** |
|---|---|---|
| | Name | |

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Desks, file cabinets, miscellaneous** | **$0.00** | | **$2,000.00** |
| 40. | **Office fixtures** **Storage Shed** | **$0.00** | | **$1,500.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **20 ipads, 15 computers, printer** | **$0.00** | | **$800.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$4,300.00** |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

Debtor    **Regional Ambulance Service, Inc.**                                Case number *(If known)*  **19-06574-hb**
               Name

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1089 Augusta Road, Suite 330, Warrenville, SC 29851** | **Lease - $5,000/mo.** | **$0.00** | | **$0.00** |
| 55.2.  **3800 Sunset Boulevard, West Columbia, SC** | **Lease - $3,200/mo.** | **$0.00** | | **$0.00** |
| 55.3.  **Maintenance Department 2040 Main Street Graniteville, SC 29829** | **Lease - $560.00/mo.** | **$0.00** | | **$0.00** |

**56.**    **Total of Part 9.**
          Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
          Copy the total to line 88.

|  |
|---|
| **$0.00** |

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
          ■ No
          ☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

          ☐ No.  Go to Part 11.
          ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**  **Internet domain names and websites** **regionalambulanceservice.com** | **$0.00** | | **$100.00** |
| **62.**  **Licenses, franchises, and royalties** | | | |
| **63.**  **Customer lists, mailing lists, or other compilations** | | | |
| **64.**  **Other intangibles, or intellectual property** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Regional Ambulance Service, Inc.** | Case number *(If known)* **19-06574-hb** |
|---|---|---|
| | Name | |

65.    **Goodwill**

66.    **Total of Part 10.**                                                                     **$100.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   **Regional Ambulance Service, Inc.**
Name

Case number *(if known)*   **19-06574-hb**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$63,468.20** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$702,056.97** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$2,500.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$4,300.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9...............................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$100.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$772,425.17** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$772,425.17** |

**Fill in this information to identify the case:**

Debtor name    **Regional Ambulance Service, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    **19-06574-hb**

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |
| **2.1** **Internal Revenue Service** | Describe debtor's property that is subject to a lien | **$1,039,374.08** | **$0.00** |
| Creditor's Name | | | |
| **PO Box 7346** **Philadelphia, PA 19101** | | | |
| Creditor's mailing address | Describe the lien **Tax Lien** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **2.2** **SC Dept of Revenue** | Describe debtor's property that is subject to a lien | $309,780.31 | $0.00 |
| Creditor's Name | | | |
| **PO Box 12665** **Columbia, SC 29211** | | | |
| Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |

Debtor    **Regional Ambulance Service, Inc.**                                    Case number (if know)    **19-06574-hb**
          _____
          Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$1,349,154.3 9** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 2 of 2

**Fill in this information to identify the case:**

Debtor name     **Regional Ambulance Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   **19-06574-hb**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Employees** | $76,811.01 | $76,811.01 |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |  |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Centralized Insolvency Operation<br>950 East Paces Ferry Road, NE<br>Suite 900<br>Atlanta, GA 30326-1382** | $25,752.39 | $25,752.39 |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Employee Withholding Tax (including interest<br>and penalty)** |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |  |

| Debtor | **Regional Ambulance Service, Inc.** | Case number *(if known)* | **19-06574-hb** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96,242.20 | $96,242.20 |
|---|---|---|---|---|

**SC Department of Revenue & Taxation**
**PO Box 12265**
**Columbia, SC 29211-9979**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Withholding Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Ace American Ins. Co.**
**Lockbox #6907**
**PO Box 8500**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,932.50** |
|---|---|---|---|

**AFC Greer**
**Attn:  Anna Cardona**
**1467 Woodruff Rd., Ste. C**
**Greenville, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,398.50** |
|---|---|---|---|

**AFC Urgent Care**
**PO Box 743652**
**Atlanta, GA 30374-3652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Aiken County EMS**
**Central Collections**
**1930 University Parkway, Suite 3200**
**Warrenville, SC 29851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,714.00** |
|---|---|---|---|

**Aiken Regional Medical Centers**
**Attn:  Darren Waters FBO**
**Business & Industry Development**
**440 Society Hill Drive, Ste. 204**
**Aiken, SC 29803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Regional Ambulance Service, Inc. | Case number (if known) | 19-06574-hb |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,210.37 |
|---|---|---|---|

**Air Gas**
PO Box 734672
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,116.00 |
|---|---|---|---|

**All Star Towing**
3500 Fernandina Road, Apt E-3
Columbia, SC 29210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,497.76 |
|---|---|---|---|

**Allied Health Resources**
PO Box 17768
Greenville, SC 29606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,948.93 |
|---|---|---|---|

**Angelica**
PO Box 532268
Atlanta, GA 30353-2268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $646.28 |
|---|---|---|---|

**Atlantic Broadband**
PO Box 371801
Pittsburgh, PA 15250-7801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.65 |
|---|---|---|---|

**Blue Cross Blue Shield South Carolina**
4101 Percival Road
Columbia, SC 29219-8320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $934.41 |
|---|---|---|---|

**Bon Secours Ambularotry Service St. Fran**
1467 Woodruff Road, Suite C
Greenville, SC 29607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Regional Ambulance Service, Inc.** | Case number *(if known)* | **19-06574-hb** |
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,511.63 |
|---|---|---|---|

**CIT**
**21146 Network Place**
**Chicago, IL 60674-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.50 |
|---|---|---|---|

**City of West Columbia**
**Water Collection Division**
**PO Box 4044**
**West Columbia, SC 29171-4044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.30 |
|---|---|---|---|

**Companion Life**
**PO Box 100102**
**Columbia, SC 29202-3102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.75 |
|---|---|---|---|

**Connector 2000 Association**
**PO Box 408**
**Piedmont, SC 29673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,621.92 |
|---|---|---|---|

**CSRA Paper & Janitorial Supply**
**2002 Gordon Highway**
**Augusta, GA 30909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Deltacom**
**PO Box 2252**
**Birmingham, AL 35246-1058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **IS THIS A CREDIT of $883.03?**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $447.11 |
|---|---|---|---|

**Department of Public Utilities**
**PO Box 1057**
**Orangeburg, SC 29116-1057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Regional Ambulance Service, Inc.** | Case number (if known) | **19-06574-hb** |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$306.71** |
|---|---|---|---|

**Doctors Care**
**PO Box 63418**
**Charlotte, NC 28263-3418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,108.65** |
|---|---|---|---|

**EDTS**
**1721 Goodrich Street**
**Augusta, GA 30904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,710.47** |
|---|---|---|---|

**Fisher & Phillips, LLP**
**1320 Main Street, Suite 750**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Fulcher Hagler LLP**
**Attn:  Scott Lewis**
**One 10th Street**
**Suite 700**
**Augusta, GA 30901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,150.00** |
|---|---|---|---|

**Fuller Frost & Associates**
**3638 Walton Way Extension, Ste. 300**
**Augusta, GA 30909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$510.00** |
|---|---|---|---|

**Gray's Auto & Tire**
**3702 Bamberg Road**
**Orangeburg, SC 29115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,277.95** |
|---|---|---|---|

**keyRisk**
**PO Box 18746**
**Greensboro, NC 27419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Regional Ambulance Service, Inc.** | Case number (if known) | **19-06574-hb** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Levi, Wittenberg, Harritt, Hoeffer**
**PO Drawer 730**
**Sumter, SC 29151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$458.00** |
|---|---|---|---|

**Lexington Medical Center**
**Occupational Health**
**Attn: Nancy Sells**
**PO Box 2210**
**Lexington, SC 29071-2210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$650.00** |
|---|---|---|---|

**Mail Finance**
**25881 Network Place**
**Chicago, IL 60673-1258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,144.75** |
|---|---|---|---|

**Med Care Columbia**
**PO Box 415000**
**Nashville, TN 37241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$374.00** |
|---|---|---|---|

**Med Care Urgent Care**
**PO Box 415000**
**Nashville, TN 37241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,223.00** |
|---|---|---|---|

**Midlands Exams and Drug Screening, Inc.**
**3020 Sunset Boulevard, Ste. 102**
**West Columbia, SC 29169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,858.16** |
|---|---|---|---|

**Pollock**
**1711 Central Avenue**
**Augusta, GA 30904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Regional Ambulance Service, Inc.** | Case number (if known) | **19-06574-hb** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,056.45** |
|---|---|---|---|

**Quality Biomedical**
7381 114t Avenue, Suite 402
Largo, FL 33773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Republic Services**
PO Box 9001099
Louisville, KY 40290-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$512.43** |
|---|---|---|---|

**SCE&G**
PO Box 100255
Columbia, SC 29218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,521.25** |
|---|---|---|---|

**Schroeder's Towing**
3512 Bush River Road
Columbia, SC 29210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$982.49** |
|---|---|---|---|

**Shred-It USA, LLC**
PO Box 906055
Charlotte, NC 28290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$272.00** |
|---|---|---|---|

**Stevens Towing**
2307 Airport Road
Greer, SC 29650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**SunCoast Fire & Safety**
PO Box 6133
Anderson, SC 29623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Regional Ambulance Service, Inc. | Case number (if known) | 19-06574-hb |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.00 |
|---|---|---|---|

**The Hartford Sentinel Insurance Company**
**PO Box 660916**
**Dallas, TX 75266-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $512.00 |
|---|---|---|---|

**UMG Prompt Care**
**NEED ADDRESS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $247.00 |
|---|---|---|---|

**University Occupational Health Ctr**
**3121 Peach Orchard Road, Suite 201**
**Augusta, GA 30906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,390.85 |
|---|---|---|---|

**Uppro**
**Attn:  Dan Choi 25 Broadway, 9th Floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $638.64 |
|---|---|---|---|

**US Bank Equipment Finance**
**PO Box 790448**
**Saint Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,656.92 |
|---|---|---|---|

**Verizon**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00 |
|---|---|---|---|

**Wayne's Automotive**
**1997 Richland Avenue, East**
**Aiken, SC 29801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Regional Ambulance Service, Inc.** | Case number (if known) | **19-06574-hb** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.21 |
|---|---|---|---|

**Worker's Compensation Rx Solutions**
**14301 N. 87th Street**
**Scottsdale, AZ 85260**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,797.17 |
|---|---|---|---|

**Zurich North America**
**PO Box 4664**
**Carol Stream, IL 60197-4664**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 198,805.60 |
| 5b. Total claims from Part 2 | 5b. + $ | 190,154.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 388,960.31 |

**Fill in this information to identify the case:**

Debtor name    **Regional Ambulance Service, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    **19-06574-hb**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **Oxygen**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Air Gas**<br>**1221 New Savannah Road**<br>**Augusta, GA 30901** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest   **Columbia Landlord**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Henry Abeyta**<br>**159 North Wrennwood**<br>**Lexington, SC 29073** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest   **Aiken Maint - Landlord**<br><br>State the term remaining<br><br>List the contract number of any government contract | **John Adams**<br>**519 Augusta Road**<br>**Warrenville, SC 29851** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest   **1 stamp machine**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mail Finance/Neopost USA, Inc.**<br>**478 Wheelers Farms Road**<br>**Milford, CT 06461** |

| Debtor 1 | **Regional Ambulance Service, Inc.** | | | Case number (*if known*) | **19-06574-hb** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **EMS Aiken - Landord** | |
|---|---|---|---|
| | State the term remaining | | **Piedmont Planning, LLC** |
| | List the contract number of any government contract | | **1089 Augusta Road** |
| | | | **Warrenville, SC 29851** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **3 copiers** | |
|---|---|---|---|
| | State the term remaining | | **Pollock** |
| | List the contract number of any government contract | | **1711 Central Avenue** |
| | | | **Augusta, GA 30904** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **3 ambulances** | |
|---|---|---|---|
| | State the term remaining | **Ends 6/2020** | **Santander Bank** |
| | List the contract number of any government contract | | **824 North Market Street, Ste. 100** |
| | | | **Wilmington, DE 19801** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **2 ambulances** | |
|---|---|---|---|
| | State the term remaining | **Ends 6/2020** | **Signature Finance** |
| | List the contract number of any government contract | | **225 Broadhollow Road, Ste. 132W** |
| | | | **Melville, NY 11747** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **2 trash containers** | |
|---|---|---|---|
| | State the term remaining | | **Zters, Inc.** |
| | List the contract number of any government contract | | **13727 Office Park Drive** |
| | | | **Houston, TX 77070** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Regional Ambulance Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known) **19-06574-hb**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Darrin Moyer** | **919 River Bound Court<br>Evans, GA 30809-4902** | **Fulcher Hagler LLP** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.2 | **Darrin Moyer** | | **Internal Revenue Service** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Darrin Moyer** | | **SC Dept of Revenue** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Darrin Moyer** | | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |
| 2.5 | **Darrin Moyer** | | **SC Department of Revenue & Taxation** | ☐ D _____<br>■ E/F __2.3__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Regional Ambulance Service, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number (if known) **19-06574-hb**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2019** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$3,585,796.30** |
   | **For prior year:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$4,892,586.42** |
   | **For year before that:** From **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | **$5,325,685.31** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor    **Regional Ambulance Service, Inc.**                                                    Case number *(if known)*  **19-06574-hb**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **McCarthy Reynolds & Penn, LLC**<br>**1517 Laurel Street**<br>**Columbia, SC 29201-2000** | 12/10/2019 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Attorney Fees/Retainer** |
| 3.2.  **Fuelman**<br>**PO Box 70887**<br>**Charlotte, NC 28272-0887** | 12/9/2019<br>$8,426.86<br>11/25/2019<br>8,703.00<br>11/13/2019<br>$7,821.53 | $24,951.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **ADP**<br>**PO Box 12513**<br>**1851 N Resler Drive**<br>**El Paso, TX 79912** | 12/6/2019<br>$20,364.81<br>11/22/2019<br>$21,433.68<br>11/7/2019<br>$21,409.85<br>10/25/2019<br>$21,878.35<br>10/10/2019<br>$20,504.37<br>09/27/2019<br>$21,347.68 | $126,938.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payroll Taxes/Wage Garnishments** |
| 3.4.  **IPFS**<br>**PO Box 412086**<br>**Kansas City, MO 64141-2086** | 11/4/2019<br>$17,545.36<br>10/3/2019<br>$28,460.28 | $46,005.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Liability Insurance** |
| 3.5.  **Cadence Bank**<br>**PO Box 4931**<br>**Houston, TX 77210-4931** | 11/1/2019 | $7,666.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Land Payment Sub-s** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **Regional Ambulance Service, Inc.** | Case number *(if known)* **19-06574-hb** |
| --- | --- | --- |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| **Part 3:** | **Legal Actions or Assignments** |
| --- | --- |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
| --- | --- |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.1. | **Aiken Civic Ballet 142 Greenville Street, SW Aiken, SC 29801** | | **July, 2018** | **$1,000.00** |
| | Recipients relationship to debtor | | | |

| **Part 5:** | **Certain Losses** |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

11. **Payments related to bankruptcy**

Debtor    **Regional Ambulance Service, Inc.**                                    Case number *(if known)*  **19-06574-hb**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McCarthy, Reynolds, & Penn, LLC** **1517 Laurel Street** **Columbia, SC 29201** | | **December 10, 2019** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **608 Broughton Street** **Orangeburg, SC 29115** | **November 2007 - July 2019** |
| 14.2. | **417 S Buncombe Road** **Greer, SC 29651** | **January 1, 2017 - March 31, 2017** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

---

Official Form 207             Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                page 4

| Debtor | **Regional Ambulance Service, Inc.** | Case number *(if known)* **19-06574-hb** |
|---|---|---|

- ☐ No. Go to Part 9.
- ■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.  **Regional Ambulance Services**<br>**1089 Augusta Road, Suite 300**<br>**Warrenville, SC 29851** | **Ambulence and wheelchair transportation** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>*Check all that apply:*<br>■ Electronically<br>■ Paper |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☐ No.
- ■ Yes. State the nature of the information collected and retained.

    **Medical history, social security numbers, insurance information, date of birth**

    Does the debtor have a privacy policy about that information?
    - ■ No
    - ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Regional Ambulance Service, Inc.** | | Case number *(if known)*   **19-06574-hb** |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

---

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 6 |
|---|---|---|

| Debtor | **Regional Ambulance Service, Inc.** | Case number *(if known)*  **19-06574-hb** |
|---|---|---|

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Amanda Johnson** **2024 Loraine Street** **Aiken, SC 29803** | **11/2017-Present** |
| 26a.2. | **Fuller & Frost** **3638 Walton Way Ext. 300** **Augusta, GA 30909** | **01/2015-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Darrin Moyer** **1089 Augusta Road, Suite 300** **Warrenville, SC 29851** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Darrin Moyer** | **919 River Bound Court** **Evans, GA 30809** | **President/Shareholder** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

| Debtor | **Regional Ambulance Service, Inc.** | Case number *(if known)* **19-06574-hb** |
|---|---|---|

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Darrin Moyer**<br>**919 River Bound Court**<br>**Evans, GA 30809-4902** | **Salary - See Attached** | | |
| **Relationship to debtor**<br>**President/Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2019**

| **/s/ Darrin Moyer** | **Darrin Moyer** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

■ Yes



## Regular Pay ›

**$4,615.38**
Salary

| Pay Frequency |
| Biweekly |

| Annual Salary | Rate 2 (More Rates) |
| $119,999.88 ⓘ | $57.6923 |

| Standard Hours | Total Additional Earnings |
| 80.00 | $0.00 |

❷ ADDITIONAL EARNINGS    ❷ VARIABLE PAY TRACKING    ❷ GOALS
❷ CANCEL AUTOMATIC PAY

## Deductions ›    ⊕ ADD

| DESCRIPTION | CATEGO... | AMOUNT |
|---|---|---|
| 91-TAX LEVY% ⓘ | Tax Levy | 25.000% |
| SUB-SUB S DISTR | Other | 2,006.65 |

## Direct Deposits ›    ⊕ ADD

| DESCRIPTION | A |
|---|---|
| There are currently no entries. | |

## Tax Withholdings

### Federal ›

| Marital Status | Tax Blocks |
| Single | None |

| Additional Tax |

| Exemptions |
| 1 |

### State ›

| STATE | TYPE | SUI/SDI |
|---|---|---|
| South Caroli... ⓘ | Worked In | SC-35-South... |

### Local ›

| LOCALITY | TYPE |
|---|---|
| There are currently no entries. | |

## To Date Accumulators ›

As Of 12/20/2019

| DESCRIPTION | TO-DATE |
|---|---|
| 21-Ytd Gross | 119,999.88 |
| 22-Ytd Total Hours | 2,080.00 |
| 36-Regular H Qtd | 480.00 |
| 37-Regular H Ytd | 2,080.00 |

❷ ALLOWED AND TAKEN

## Time Off ›

| TIME OFF POLICY | BALANCE |
|---|---|
| There are currently no entries. | |

## Other Pay Settings

❷ MAPPED & CUSTOM DAT...    ❷ PRIOR TAX
❷ CLOCK & DATA CONTROL    ❷ PENSION
❷ STATUS FLAGS
❷ CUSTOM AREAS
❷ CHECK CONTROLS
❷ SPECIAL ACCOUNTS

◄    ▶

Copyright © 2019, ADP, LLC ALL RIGHTS RESERVED

# United States Bankruptcy Court
## District of South Carolina

In re   **Regional Ambulance Service, Inc.**                          Case No.   **19-06574-hb**

Debtor(s)                          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Darrin Moyer**<br>**919 River Bound Court**<br>**Evans, GA 30809** | | | **100% Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 30, 2019**                     Signature   **/s/ Darrin Moyer**

**Darrin Moyer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of South Carolina

In re    **Regional Ambulance Service, Inc.**          Case No.    **19-06574-hb**

Debtor(s)        Chapter    **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $    **3,765,377.75** |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---:|
| 2. Gross Monthly Income | $    **313,781.48** |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $    **130,888.73** |
| 4. Payroll Taxes | **45,026.02** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **13,149.96** |
| 7. Other Taxes | **1,546.01** |
| 8. Inventory Purchases (Including raw materials) | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **8,760.00** |
| 11. Utilities | **948.53** |
| 12. Office Expenses and Supplies | **22,740.96** |
| 13. Repairs and Maintenance | **13,000.00** |
| 14. Vehicle Expenses | **18,530.74** |
| 15. Travel and Entertainment | **816.56** |
| 16. Equipment Rental and Leases | **10,000.00** |
| 17. Legal/Accounting/Other Professional Fees | **6,564.01** |
| 18. Insurance | **24,906.34** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **3,331.99** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Promotion** | **3072.73** |
| **Sub S** | **4257.99** |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

| | |
|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $    **307,540.57** |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $    **6,240.91** |